IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COURIER SOLUTIONS INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:08-cv-2254-N |
| CSA DELIVERY, INC., d/b/a COURIER SOLUTIONS OF AMERICA, INC., WOODROW CLAYTON, SR., WOODROW CLAYTON, JR., DARLENE CLAYTON, ACTION COURIER & LOGISTICS, LLC, NORTH AMERICAN PRESORT, INC., and HOUSTON AREA COURIERS, INC., | § § § § § § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

TO THE HONORABLE DAVID GODBEY, UNITED STATES DISTRICT JUDGE:

Plaintiff Courier Solutions, Inc. ("CSI") hereby files their exhibit list for trial, and states the following.

## EXHIBITS

| No. | Exhibit Description | Offered | Admitted | Refused |
|---|---|---|---|---|
| 1. | California Secretary of State Corporate Information for SS & DD; November 8, 1999 | | | |
| 2. | Courier Solutions, Inc.'s Management Structure;2001 | | | |
| 3. | Courier Solutions, Inc. Corporation Papers; Articles, By-laws, Minutes and Transfer Ledger; October 19, 2001 | | | |
| 4. | WAMU request for taxpayer identification; December 20, 2001 | | | |

**TRIAL EXHIBIT LIST OF PLAINTIFF- Page 1**

| | | | | |
|---|---|---|---|---|
| 5. | WAMU Supplier Questionnaire to CSI; December 31, 2001 | | | |
| 6. | HUB Documentation (4pgs) of NCTRCA Letter; April 9, 2002 | | | |
| 7. | Commercial Lease Burbank, CA; Bates Stamp 1013-1016; June 16, 2002 | | | |
| 8. | North American Presort Lease for CA office; June 27, 2002 | | | |
| 9. | WAMU Supplier Questionnaire; June 30, 2002 | | | |
| 10. | Shepwood Integrated Systems, Inc. Invoice No. 953090  August 1, 2002 Invoice No. 953091  September 1, 2002 Invoice No. 953092  October 1, 2002 Invoice No. 953093  November 1, 2002 Invoice No. 953094  December 1, 2002 Invoice No. 953095  January 1, 2003 Invoice No. 953096  February 1, 2003 Invoice No. 953097  March 1, 2003 Invoice No. 953098  April 1, 2003 | | | |
| 11. | Application for Registration of Fictitious Name to be canceled by Courier Solutions; August 2, 2002 | | | |
| 12. | Woodrow Clayton letter to Cheryl M. Hayes at CPL Laboratories with attached response to RFP; November 18, 2002 | | | |
| 13. | Fax to Trina from Steve Garza at Champion Commercial Insurance re: language on Courier Solutions Insurance March 21, 2003 | | | |
| 14. | Certificate of Incorporation of North American Presort, Inc.; Minutes, Bylaws and Application for EIN; March 24, 2003 | | | |

**TRIAL EXHIBIT LIST OF PLAINTIFF- Page 2**

| | | | | |
|---|---|---|---|---|
| 15. | Certificate of Incorporation of CSA Delivery, Inc.; Minutes, Bylaws and Lease at 520 N. Semoran Blvd. Suite 255, Orlando, FL 32807; Bates Stamp 582-684; March 25, 2003 | | | |
| 16. | Insurance Invoices - CSI<br>Invoice No. 000104  May 1, 2003<br>Invoice No. 000116  June 1, 2003<br>Invoice No. 000132   August 1, 2003<br>Invoice No. 000155 November 1, 2003<br>Invoice No. 000174 January 1, 2004<br>Invoice No. 00245   May 1, 2004<br>Invoice No. 000277 June 1, 2004<br>Invoice No. 000371 October 1, 2004<br>Invoice No. 000413  December 1, 2004<br>Invoice No. 000433  January 1, 2005<br>Invoice No. 000566  June 1, 2004<br>Invoice No. 000689  July 1, 2005<br>Invoice No. 000811  December 1, 2005<br>Invoice No. 000852  February 1, 2006<br>Invoice No. 000915  June 1, 2006<br>Invoice No. 000932  July 1, 2006<br>Invoice No. 000950  August 1, 2006  (Revised)<br>Invoice No. 000980  October 1, 2006<br>Invoice No. 001024  December 1, 2006<br>Invoice No. 001080  April 1, 2007<br>Invoice No. 002000  June 1, 2007<br>Invoice No. 002012  July 1, 2007<br>Invoice No. 002030  August 1, 2007 | | | |
| 17. | Email from Woodrow Clayton, Sr. to Jason Loftis regarding WAMU Request  for  Proposal with attached WAMU RFP; June 17, 2003 | | | |
| 18. | Courier Solutions, Inc. Response to RFP of Washington Mutual; July 14, 2003 | | | |
| 19. | Trade Mark Information; September  5, 2003 | | | |
| 20. | Tax Records - Courier Solutions, Inc. 2004-2007 | | | |
| 21. | North American PreSort Invoice to Washington Mutual; Invoice No. 0702020; January 15, 2004 | | | |

**TRIAL EXHIBIT LIST OF PLAINTIFF- Page 3**

| | | | | |
|---|---|---|---|---|
| 22. | North American PreSort Invoice to Washington Mutual; Invoice No. 0702032; January 8, 2005 | | | |
| 23. | Flier from Bank of America to Courier Solutions Inc./Darlene Clayton; January 14, 2005 | | | |
| 24. | Flier from Bank of America to Courier Solutions Inc./Trina Ibrahim; January 14, 2005 | | | |
| 25. | Flier from Bank of America to Courier Solutions Inc./Woodrow Clayton; January 14, 2005 | | | |
| 26. | Bank of America Bank Statement of Darlene Clayton d/b/a Courier Solutions of America February 1, 2005 to February 28, 2005 | | | |
| 27. | Bank of American Bank Statement CSA Delivery Inc DBA Courier Solutions of America Inc; February 1, 2005 to February 28, 2005 | | | |
| 28. | Logoworks Receipt Altered logo for CSA October 25, 2005 | | | |
| 29. | Minutes of Regular Meeting of the Board of Directors of Houston Area Courier November 2, 2005 | | | |
| 30. | Courier Solutions, Inc. fax to Lynn Adams at Well Fargo re: Enterprise Sourcing & Contracts with contract attached; December 12, 2005 | | | |
| 31. | 2006 CSA Delivery, Inc. U.S. Corporation Income Tax Return | | | |
| 32. | 2006 W-2 Forms Jason Bartlow Michael Hedum David Hedum Kenneth L. Ashley | | | |
| 33. | WAMU contracted Courier Services Agreement; WAMU with CSA; March 14, 2006 | | | |
| 34. | Washington Mutual Contracted Courier Services Agreement; Washington Mutual with CSI d/b/a HAC; March 14, 2006 | | | |

**TRIAL EXHIBIT LIST OF PLAINTIFF- Page 4**

| | | | | |
|---|---|---|---|---|
| 35. | Insurance Invoices - CSI<br>Invoice No. 000911  May 1, 2006<br>Invoice No. 001016  November 1, 2006<br>Invoice No. 001081 April 1, 2007<br>Invoice No. 002031 August 1, 2007 | | | |
| 36. | Email correspondence from Jake Voss regarding strategic supplier list; Chase document  (bates stamp 729-730); July 5, 2006 | | | |
| 37. | Invoices from SS & DD, Inc.<br>Invoice No. 13734  December 1, 2006<br>Invoice No. 27689 December 3, 2007<br>Invoice No. 14329 January 3, 2008<br>Invoice No. 30243 February 1, 2008 | | | |
| 38. | 2007 CSA Delivery, In. U.S. Corporation Income Tax Return | | | |
| 39. | Email correspondence from Debbie Grajeda to Jason, Oliver and Tony; January 25, 2007 | | | |
| 40. | WAMU Payment History (3pgs)<br>Chase Document 00489;<br>January 2007 to July 2008 | | | |
| 41. | Letter to Secretary of State for EIN under assumed name Courier Solutions of America February 26, 2007 | | | |
| 42. | CSA, Inc. Invoices<br>Invoice No.  SWA-407  March 24, 2007<br>Invoice No.  214840     September 20, 2007<br>Invoice No.  214911     October 5, 2007<br>Invoice No.  214980     October 19, 2007<br>Invoice No.  BOA-12152007DAL<br> Dec. 15, 2007<br>Invoice No.   BOA-12152007HOU<br>Dec. 15, 2007<br>Invoice No.  215314     January 14, 2008 | | | |
| 43. | Agreement between Courier Solutions of America and Frontier Airlines; (bates stamped 171-175); April 16, 2007 | | | |

**TRIAL EXHIBIT LIST OF PLAINTIFF- Page 5**

| | | | | |
|---|---|---|---|---|
| 44. | ACORD Certification of Liability Insurance; May 1, 2007 | | | |
| 45. | Nicole McMeans Obituary; May 31, 2007 | | | |
| 46. | Baggage Delivery Agreement between Courier Solutions of America and Continental Airlines, Inc. (bates stamped 176-191); July 1, 2007 | | | |
| 47. | Addendum Agreement between Courier Solutions of America and Plus 4 Credit Union; (bates stamped 166-170); August 1, 2007 | | | |
| 48. | TSA Documents; August 9, 2007 | | | |
| 49. | United Airlines Luggage Delivery Services Agreement with Courier Solutions, Inc. with related documents (bates stamped 51-98); September 9, 2007 | | | |
| 50. | Email correspondence from Thomas Bates to Tracy Takeuchi with vendor list; Chase Document 819-820; November 6, 2007 | | | |
| 51. | Email from Jason Loftis to Brandon Beaver with the attached Courier Solutions, Inc. Business Resumption Plan; November 30, 2007 | | | |
| 52. | Beavex Inc. check for $139,682.22 January 24, 2008 | | | |
| 53. | Washington Mutual Bank check $614,241.50; February 13,2008 | | | |
| 54. | Email correspondence between Oliver Williams and Brandon Beavers; February 19, 2008 | | | |
| 55. | Email correspondence between Jennifer Shephgard, David Chen and Thomas Bates; chase document 23-25; April 25, 2008 | | | |
| 56. | Continental Airlines Service Contract with CSI; April 30, 2008 | | | |

| | | | | |
|---|---|---|---|---|
| 57. | Amegy Bank of Texas letter to Debbie Grajeda re: Courier Schedule #1 to the Master Service Agreement - Contract #104584; May 20, 2008 | | | |
| 58. | Email correspondence between Jason Loftis and Fernando Martinez; May 28, 2008 | | | |
| 59. | Fictitious Business Name Statement by Courier Solutions of America; May 29, 2008 | | | |
| 60. | Hoffman Letters to tony, Oliver and Jason; June 3, 2008 | | | |
| 61. | Diversified Services International; Bates stamp 00234-00305; June 11, 2008 | | | |
| 62. | Email correspondence from thomas Bates to Tracy Takeuchi regarding contract Termination with attachments; chase document 912-944 June 16, 2008 | | | |
| 63. | Email correspondence from David Everett to Thomas Bates; Chase Bates stamp 00801-802; June 18, 2008 | | | |
| 64. | Agreement between RIGAKU and Action Courier and Logistics;(bates stamped 427-430); June 20, 2008 | | | |
| 65. | Agreement between Frontier Airlines and Action Courier and Logistics; (bates stamped 423-426); June 23, 2008 | | | |
| 66. | June Roger's Investigation File; Chase Documents 138-200 Chase Documents 999-1013; July 2, 2008 | | | |
| 67. | Email correspondence between Jason Loftis and Thomas Bates; July 3, 2008 | | | |
| 68. | Email correspondence from Tracy Takeuchi to Jim Gorzalski; July 8, 2008 | | | |
| 69. | Email correspondence between Royce West and Jan Owen; July 9, 2008 | | | |

**TRIAL EXHIBIT LIST OF PLAINTIFF- Page 7**

| | | | | |
|---|---|---|---|---|
| 70. | Email correspondence from WAMU Diversity to Jason Loftis (Supplier Diversity Information Form and Vendor Profile); July 21, 2008 | | | |
| 71. | Termination letter from Fiesta Mart; July 23, 2008 | | | |
| 72. | Baggage Delivery Agreement between Action Courier and Logistics, Inc. and Continental Airlines, Inc. ;(bates stamped 206-233); August 1, 2008 | | | |
| 73. | Flinders Insurance Agency, Inc. documents CSA Document 1049-1052 Application August 5, 2008 Expiration Notice August 28, 2008 | | | |
| 74. | Luggage Delivery Agreement between Action Courier and Logistics, Inc. and United Airlines, Inc.; (bates stamped 370-422); August 12, 2008 | | | |
| 75. | Email correspondence regarding WAMU courier contract (Leppert escalation); Chase Document 785-797; August 13, 2008 | | | |
| 76. | Continental Airlines termination Notice; August 22, 2008 | | | |
| 77. | Email correspondence from Jim Gorzalski to Tracy Takeuchi; August 25, 2008 | | | |
| 78. | Amendment to Luggage Delivery Services Agreement between Southwest Airlines and Action Courier and Logistics (bates stamped 306-369); August 25, 2008 | | | |
| 79. | Letter from Darlene Clayton to Jason, Oliver and Tony regarding Wells Fargo Termination; August 28, 2008 | | | |
| 80. | Email correspondence from Jim Gorzalski to Tracy Takeuchi; August 29, 2008 | | | |
| 81. | Email correspondence from Barbara Tainter to William Donnellan with complete Woodrow Clayton, Sr. Interview; August 29, 2008 | | | |

**TRIAL EXHIBIT LIST OF PLAINTIFF- Page 8**

|  |  |  |  |  |
|---|---|---|---|---|
| 82. | Email correspondence from William Donnellan to Barbara Tainter with Woodrow Clayton, Sr. Interview; August 29, 2008 |  |  |  |
| 83. | Email correspondence from Jim Gorzalski to Randy Melby with attachment; September 4, 2008 |  |  |  |
| 84. | Documents concerning Action Courier and Logistics, LLC; Bates labeled 00555-00572 (no certain date) |  |  |  |
| 85. | Woodrow Wilson Clayton Driver's License Exp. March 15, 2014 |  |  |  |
| 86. | Woodrow Wilson Clayton, Jr. Driver's License Exp. January 13, 2011 |  |  |  |
| 87. | Photo of Courier Solutions of America name plate with phone number for California, Dallas, Florida and Houston locations |  |  |  |
| 88. | Contract Document Checklist/United Airlines Bates stamp 000051-000098 |  |  |  |
| 89. | Photo of Courier Solutions Inc. Yellow Polo Shirt |  |  |  |
| 90. | CSI, West and Lippe's Legal Service Agreement |  |  |  |
| 91. | Business cards copy of Royce West, Diana Laquey, Jason Loftis and Billy Johnson |  |  |  |
| 92. | Demonstrative exhibit showing companies that Claytons have an interest in |  |  |  |
| 93. | Demonstrative exhibit showing WAMU/Clayton relationships |  |  |  |
| 94. | Damages Summary |  |  |  |
| 95. | Time Line for Courier Companies and Courier Contracts |  |  |  |

**TRIAL EXHIBIT LIST OF PLAINTIFF- Page 9**

| 96. | Demonstrative exhibit showing CSI and CSA logos | | | |
|---|---|---|---|---|

Plaintiff reserves the right to use any exhibits presented by any other party.

Plaintiff also reserves the right to use exhibits not listed here for impeachment or rebuttal purposes at the hearing.

Plaintiff reserves the right to offer impeachment or rebuttal exhibits, to amend this exhibit list, and to present demonstrative aids at trial.

Dated: September 20, 2010.

                Law Offices of
                LIPPE & ASSOCIATES

By:    /s/   Emil Lippe, Jr.
         Emil Lippe, Jr.
         Plaza of the Americas, South Tower
         600 N. Pearl Street, Suite S2460
         Dallas, Texas 75201
         Telephone:    214-855-1850

WEST & ASSOCIATES, L.L.P.
Royce West
State Bar No. 21206800
Diana Laquey
State Bar No. 21820720
Derrell Coleman
State Bar No. 04558550
320 S. R.L. Thornton Freeway, Suite 300
Dallas, Texas 75203
Phone: 214-941-1881
Fax:   214-941-1399

**ATTORNEYS FOR PLAINTIFF**

**TRIAL EXHIBIT LIST OF PLAINTIFF- Page 10**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the above was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on the 20th day of September, 2010:

    Daniel Hoffman
    Samantha Garbis
    Daniel J. Hoffman & Associates
    314 Sawdust Road, Suite 205
    The Woodlands, Texas 77380

                                            /s/   Emil Lippe, Jr.
                                           Emil Lippe, Jr.