IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COURIER SOLUTIONS INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:08-cv-2254-N |
| | § | |
| CSA DELIVERY, INC., d/b/a COURIER SOLUTIONS OF AMERICA, INC., WOODROW CLAYTON, SR., WOODROW CLAYTON, JR., DARLENE CLAYTON, ACTION COURIER & LOGISTICS, LLC, NORTH AMERICAN PRESORT, INC., and HOUSTON AREA COURIERS, INC., | § § § § § § § § | |
| Defendants. | § | |

## VOIR DIRE QUESTIONS OF PLAINTIFF

TO THE HONORABLE DAVID GODBEY, UNITED STATES DISTRICT JUDGE:

Plaintiff Courier Solutions, Inc., hereby files this its request vior dire questions, and states the following.

## VOIR DIRE QUESTIONS

1. Have you, or any friend or family member, ever been involved in dealing with certified minority businesses?

2. Have you or any friend or family member ever been employed by Washington Mutual?

3. Have you or any friend or family member ever been employed by JPMorgan Chase Bank?

4. Have you or any friend or family member ever been involved in the split up of a business where there were disputes among the owners or partners?

5. Have you or any friend or family member ever been involved in a business where there

   were claims that one of the owners had diverted business belonging to the company?

6. Has anyone on the Jury or any friend or family member to your knowledge ever been involved in any sort of trademark dispute?

Dated: September 20, 2010.

       Law Offices of
       LIPPE & ASSOCIATES


      By: /s/   Emil Lippe, Jr.
       Emil Lippe, Jr.
       State Bar No.  12398300
       Plaza of the Americas, South Tower
       600 N. Pearl Street, Suite S2460
       Dallas, Texas 75201
       Telephone: 214-855-1850
       Fax:   214-720-6074


       WEST & ASSOCIATES, L.L.P.
       Royce West
       State Bar No. 21206800
       Diana Laquey
       State Bar No. 21820720
       Derrell Coleman
       State Bar No. 04558550
       320 S. R.L. Thornton Freeway, Suite 300
       Dallas, Texas 75203
       Phone: 214-941-1881
       Fax: 214-941-1399

       ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure on the 20th of September, 2010:

    Daniel Hoffman
    Samantha Garbis
    Daniel J. Hoffman & Associates
    314 Sawdust Road, Suite 205
    The Woodlands, Texas 77380

                                        /s/   Emil Lippe, Jr.
                                        Emil Lippe, Jr.