**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **COURIER SOLUTIONS, INC.,** § § | |
| **Plaintiff** § § § | |
| **CSA DELIVERY, INC., d/b/a COURIER** § **SOLUTIONS OF AMERICA, INC.,** § **WOODROW CLAYTON, SR., WOODROW**§ **CLAYTON, JR., DARLENE CLAYTON,** § **ACTION COURIER & LOGISTICS, LLC,** § **NORTH AMERICAN PRESORT, INC., and**§ **HOUSTON AREA COURIERS, INC.,** § § | **CIVIL ACTION NO. 3-08CV2254-N** |
| **Defendants** § | |

DEFENDANTS' EXHIBIT LIST

TO THE HONORABLE DAVID GOODBEY, UNITED STATES DISTRICT JUDGE:

Defendants, CSA Delivery, Inc. d/b/a Courier Solutions of America, Inc., Woodrow W Clayton, Sr. ("Woody Sr."), Woodrow Clayton, Jr. ("Woody Jr."), and Darlene Clayton ("Darlene"), Action Courier & Logistics, LLC ("ACT"), North American Presort, Inc. ("NAP"), and Houston Area Couriers, Inc. ("HAC") files their exhibit list for trial, and states the following:

Exhibits

| Exhibit # | Bates Start | Bates End | Description | Date | Object | Agree | Admit |
|---|---|---|---|---|---|---|---|
| 1 | | | Houston Area Couriers, Inc. Articles of Incorporation and Certificate | 9/28/1990 | | | |
| 2 | CSA 23261 | 23263 | Houston Area Couriers, Inc. Franchise Tax Report 2001 | 5/14/2001 | | | |
| 3 | CSA 691 | CSA 754 | Courier Solutions, Inc. Corporate Minute Book Records | 10/19/2001 | | | |

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | None | None | Courier Solutions, Inc. Transfer Ledger Page letters A-G | 1/10/2002 | | | |
| 5 | CSA 23264 | 23265 | Houston Area Couriers, Inc. Franchise Tax Report 2002 | 4/15/2002 | | | |
| 6 | CSA 1013 | CSA 1016 | CSA California Lease | 6/27/2002 | | | |
| 7 | CSA 23200 | CSA 23201 | Darlene Clayton DBA Courier Solutions of America in Harris County Certificate | 7/5/2002 | | | |
| 8 | None | None | Woodrow W. Clayton, Jr. d/b/a Courier Solutions filed in Florida | 7/17/2002 | | | |
| 9 | CSA 23202 | 23204-23207 | Woodrow W. Clayton, Jr. d/b/a Courier Solutions of America filed in Florida | 7/17/2002 | | | |
| 10 | CSA 994, 996 | CSA 997 | North American Presort, Inc.'s Articles of Incorporation | 3/24/2003 | | | |
| 11 | 00582 | 00685 | Minute Book of CSA Delivery, Inc. | 3/25/2003 | | | |
| 12 | CSA 23304 | CSA 23304 | Terminaion of Courier Solutions of America, Inc. (Nevada) | 4/15/2003 | | | |
| 13 | CSA 23303 | CSA 23303 | Articles of Courier Solutions of America, Inc. (Nevada) | 4/22/2003 | | | |
| 14 | CSA 23193 | CSA 23194 | Certificate of Courier Solutions of America, Inc. (Nevada) | 4/22/2003 | | | |
| 15 | CSA 23208 | CSA 23209 | Letter from CSA to IRS about keeping ID number and changing names | 5/2/2003 | | | |
| 16 | CSA23266 | 23268 | Houston Area Couriers, Inc. Franchise Tax Report 2003 | 5/15/2003 | | | |
| 17 | CSA 3215 | CSA 3232 | Wells Fargo Contract with Houston Area Couriers, Inc. | 7/1/2003 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | CSA 23269 | 23271 | Houston Area Couriers, Inc. Franchise Tax Report 2004 | 4/12/2004 | | | |
| 19 | CSA 23257 | 23257 | CSA Delivery, Inc. Franchise Tax Report 2004 | 4/14/2004 | | | |
| 20 | CSA 23272 | 23274 | North American Presort, Inc. Franchise tax Report 2004 | 6/22/2004 | | | |
| 21 | Courier 348 | Courier 350 | Courier Solutions, Inc. Texas Franchise Tax Report for Report Year 2005 | 12/31/2004 | | | |
| 22 | CSA 16653 | 16667; | CSA Delivery, Inc. Corporate Income Tax Return 2004 | 12/31/2004 | | | |
| | | 16992-16698 | | | | | |
| 23 | Courier 78 | Courier 88 | Courier Solutions, Inc. 2004 Corporate Income Tax Return | 1/25/2005 | | | |
| 24 | CSA23258 | 23260 | CSA Delivery, Inc. Franchise Tax Report 2005 | 5/10/2005 | | | |
| 25 | CSA 23275 | 23277 | North American Presort, Inc. Franchise Tax Report  2005 | 5/16/2005 | | | |
| 26 | Exhibit A to their pleading | | Pages from U.S. Patent and Trademark Office regarding Courier Solutions, Inc. Logo | 9/6/2005 | | | |
| 27 | 00689 | 00690 | Minutes of the Regular Meeting of the Board of Directors of Houston Area Courier | 11/2/2005 | | | |
| 28 | None | None | Wells Fargo Contract with Houston Area Couriers, Inc. dba Courier Solutions, Inc. | 12/1/2005 | | | |
| 29 | Courier 249 | Courier 250 | Courier Solutions, Inc. Texas Franchise Tax Report for Report Year 2006 | 12/31/2005 | | | |

|    |             |                    |                                                                          |            |   |   |   |
|----|-------------|--------------------|--------------------------------------------------------------------------|------------|---|---|---|
| 30 | Courier 236 | Courier 248        | Courier Solutions, Inc. 2005 Corporate Income Tax Return                 | 1/19/2006  |   |   |   |
| 31 | CSA 1       | CSA 73             | Courier Solutions of America Contract with WAMU                          | 2/1/2006   |   |   |   |
| 32 | CSA 99      | CSA 149            | Contract with WAMU Courier Solutions, Inc. d/b/a Houston Area Couriers   | 2/1/2006   |   |   |   |
| 33 | CSA1045     | 1047               | Houston Area Couriers, Inc. Texas Franchise Tax Report 2005              | 2/6/2006   |   |   |   |
| 34 | CSA 16787   | 16810; 16814-16817 | North American Presort, Inc. Corporate Income Tax Return 2005            | 3/31/2006  |   |   |   |
| 35 | CSA 16668   | 16688              | CSA Delivery, Inc. Corporate Income Tax Return 2005                      | 4/3/2006   |   |   |   |
| 36 | CSA1140     | 1140               | CSA Delivery, Inc. Texas Franchise Tax Report 2006                       | 5/15/2006  |   |   |   |
| 37 | CSA 16733   | 16736              | Houston Area Couriers, Inc. Texas Franchise Tax Report 2006              | 5/15/2006  |   |   |   |
| 38 | CSA 16811   | 16813              | North American Presort, Inc. Texas Franchise Tax Report 2006             | 5/15/2006  |   |   |   |
| 39 | CSA 16718   | 16732              | Houston Area Couriers, Inc. Corporate Income Tax Return 2004             | 10/22/2006 |   |   |   |
| 40 | CSA 16737   | 16756              | Houston Area Couriers, Inc. Corporate Income Tax Return 2005             | 11/6/2006  |   |   |   |
| 41 | CSA 895     | CSA 895            | 2005 W-2 for Woodrow W. Clayton, Jr. from Courier Solutions, Inc.        | 12/31/2006 |   |   |   |
| 42 | Courier 209 | Courier 232        | Courier Solutions, Inc. 2006 Corporate Income Tax Return                 | 12/31/2006 |   |   |   |
| 43 | Courier 233 | Courier 234        | Courier Solutions, Inc. Texas Franchise Tax Report for Report Year 2007  | 12/31/2006 |   |   |   |

|    |            |                     |                                                                                                          |            |  |  |  |
|----|------------|---------------------|----------------------------------------------------------------------------------------------------------|------------|--|--|--|
| 44 | CSA 953    | CSA 953             | 2006 W-2 for Woodrow W. Clayton, Jr.                                                                     | 12/31/2006 |  |  |  |
| 45 | CSA 16689  | 16991               | CSA Delivery, Inc. Texas Franchise Tax Report 2006                                                       | 12/31/2006 |  |  |  |
| 46 | 176        | 191                 | Courier Solutions of America, Inc. Continental Airlines Contract                                         | 1/7/2007   |  |  |  |
| 47 | CSA 967    | CSA 967             | Courier Solutions, Inc. Letter permission for CSA Delivery, Inc. To use Name Courier Solutions to the Secretary of State | 2/26/2007  |  |  |  |
| 48 | CSA 16850  | 16853               | North American Presort, Inc. Texas Franchise tax report 2007                                             | 5/15/2007  |  |  |  |
| 49 | CSA 1133   | 1138                | CSA Delivery, Inc. Corporate Income Tax Return 2006                                                      | 9/17/2007  |  |  |  |
| 50 | CSA 16829  | 16849; 16854-16857  | North American Presort, Inc. Corporate Income Tax Return 2006                                            | 9/17/2007  |  |  |  |
| 51 | CSA 1365   | 1365                | CSA Delivery, Inc. Texas Franchise tax Report 2007                                                       | 11/15/2007 |  |  |  |
| 52 | CSA 1362   | 1364                | Houston Area Couriers, Inc. Texas Franchise Tax Report 2007                                              | 11/15/2007 |  |  |  |
| 53 | Courier 89 | Courier 100         | Courier Solutions, Inc. 2007 Corporate Income Tax Return                                                 | 12/31/2007 |  |  |  |
| 54 | Courier 101| Courier 107         | Courier Solutions, Inc. Texas Franchise Tax Report for Report Year 2008                                  | 12/31/2007 |  |  |  |
| 55 | Courier 204| Courier 204         | 2007 W-2 for Woodrow W. Clayton, Jr. from Courier Solutions, Inc.                                        | 12/31/2007 |  |  |  |
| 56 | 151        | 170                 | Amegy Contract with Courier Solutions of America                                                         | 1/1/2008   |  |  |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 57 | CHASE 00003 | 18 | Contract Amendment for WAMU and Courier Solutions of America (Ca, Fl) | 2/1/2008 | | | |
| 58 | None | None | Check from WAMU to Courier Solutions | 2/13/2008 | | | |
| 59 | Courier 428 | Courier 428 | Email Oliver Williams of Courier Solutions, Inc. to Tom Bates | 2/19/2008 | | | |
| 60 | Courier 429 | Courier 429 | Email Oliver Williams of Courier Solutions, Inc. to Brandon Beaver | 2/19/2008 | | | |
| 61 | CSA 16757 | 16775 | Houston Area Couriers, Inc. Corporate Income Tax Return 2006 | 4/7/2008 | | | |
| 62 | none | none | Courier Solutions, Inc. Continental Airlines Contract | 5/1/2008 | | | |
| 63 | Courier 438 | Courier 439 | Letter to Fernando Martinez from Courier Solutions, Inc. | 5/28/2008 | | | |
| 64 | Courier 365 | Courier 367 | Email Chain between WAMU & Courier Solutions, Inc. | 5/28/2008 | | | |
| 65 | 800 | 803 | Letter from CSA Delivery, Inc. Counsel to Courier Solutions, Inc. | 6/3/2008 | | | |
| 66 | 576 | 576 | Letter from Royce West to Claytons - Cease & Desist Letter | 6/9/2008 | | | |
| 67 | COURIER 33 | 34 | Letter from Jason Loftisand Tony Young to Killinger | 6/11/2008 | | | |
| 68 | COURIER 38 | 38 | Email from Gorzalski to Tony Young | 6/13/2008 | | | |
| 69 | CHASE 00198 | 200 | Letter from Daniel J. Hoffman to David Everett | 6/20/2008 | | | |
| 70 | 431 | 453 | Courier Solutions of America Amegy Contract | 6/25/2008 | | | |
| 71 | CHASE 00183 | 192 | Letter from Daniel J. Hoffman to David Everett | 6/26/2008 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 72 | COURIER 358 | 360 | Letter from Jason Loftis to Killinger | 7/2/2008 | | | |
| 73 | 549 | 550 | Email Tom Bates to Courier Solutions, Inc. | 7/3/2008 | | | |
| 74 | 804 | 805 | CSA Delivery, Inc. Letter to Courier Solutions, Inc. Re: WAMU | 7/3/2008 | | | |
| 75 | CSA23254 | 23261 | SS & DD Payment Summary and Invoices to Courier Solutions, Inc. | 7/9/2008 | | | |
| 76 | None- CSI | None- CSI | Letter from Royce West of Courier Solutions, Inc. to Leppert of WAMU | 7/11/2008 | | | |
| 77 | 312 | 362 | Action Courier & Logistics, LLC Southwest Airlines Contract | 7/14/2008 | | | |
| 78 | None | None | Letter Courier Solutions, Inc. to Woodrow Clayton | 7/18/2008 | | | |
| 79 | 808 | 808 | Letter from Fiesta to Houston Area Couriers, Inc. | 7/23/2008 | | | |
| 80 | 206 | 219 | Action Couriers & Logistics, LLC Continental Airlines Contract | 8/1/2008 | | | |
| 81 | 809 | 809 | Letter from Houston Area Couriers, Inc. to Courier Solutions, Inc. re: Fiesta | 8/14/2008 | | | |
| 82 | CSA 871 | CSA 872 | Letter from Courier Solutions, Inc. to WAMU (Rogers) | 8/22/2008 | | | |
| 83 | CSA 873 | CSA 874 | Letter from Courier Solutions, Inc. to WAMU (Gorzalski) | 8/22/2008 | | | |
| 84 | 306 | 311 | Action Courier & Logistics, LLC Southwest Airlines Contract | 8/25/2008 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 85 | CHASE 01007 | 1014 | WAMU Investigation Case Summary by Rogers | 8/27/2008 | | | |
| 86 | 463 | 463 | Letter CSA Delivery, Inc. to Courier Solutions, Inc. terminating Wells Fargo Contract | 8/28/2008 | | | |
| 87 | CHASE 00156 | 157 | Donnellan to Rogers Email Re No Further Action and Exhibits | 9/3/2008 | | | |
| 88 | CHASE 00630 | 631 | Email from Gorzalski with Excel Summary of Findings | 9/4/2008 | | | |
| 89 | 870 | 870 | CSA Delivery, Inc. Vendor Transaction List | 10/20/2008 | | | |
| 90 | CSA 1346 | 1361 | CSA Delivery, Inc. Corporate Income Tax Return 2007 (consolidated return includes North American Presort, Inc.S) | 1/5/2009 | | | |
| 91 | CSA 1628 | 1628 | Houston Area Couriers, Inc. Texas Franchise Tax Report 2009 | 2/17/2009 | | | |
| 92 | CSA 1626 | 1627 | North American Presort, Inc. Texas Franchise tax Report 2007 | 2/17/2009 | | | |
| 93 | CSA 16776 | 16786 | Houston Area Couriers, Inc. Corporate Income Tax Return 2007 | 4/15/2009 | | | |
| 94 | CSA 23191 | 23191 | Action Courier & Logistics, LLC Texas Franchise Tax Return Public Information Report 2009 | 5/15/2009 | | | |
| 95 | CSA 23177 | 23184 | CSA Delivery, Inc., Houston Area Couriers, Inc., North American Presort, Inc., Action Courier & Logistics, LLC Texas Franchise Tax Report 2009 | 5/15/2009 | | | |
| 96 | CSA 23189 | 23189 | Houston Area Couriers, Inc. Texas Franchise Tax Return Public | 5/15/2009 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Information Report 2009 | | | | |
| 97 | CSA16618 | 16828 | Action Courier & Logistics, LLC Corporate Income Tax Return 2008 | 9/12/2009 | | | |
| 98 | CSA 16703 | 16717 | CSA Delivery, Inc. Corporate Income Tax Return 2008 (consolidated return includes North American Presort, Inc.S) | 9/12/2009 | | | |
| 99 | CSA 23210 | 23222 | SS & DD Summary and Bills and Checks from CSA Delivery, Inc. | 4/5/2010 | | | |
| 100 | CSA 23279 | 23288 | Houston Area Couriers, Inc. Corporate Income Tax Return 2008 | 4/12/2010 | | | |
| 101 | CSA 23342 | 23352 | Houston Area Couriers, Inc. Corporate Income Tax Return 2008 | 4/12/2010 | | | |
| 102 | CSA 23305 | 23316 | Action Courier & Logistics, LLC Corporate Income Tax Return 2009 | 9/15/2010 | | | |
| 103 | CSA 23317 | 23341 | CSA Delivery, Inc. Corporate Income Tax Return 2009 (consolidated return includes North American Presort, Inc.S) | 9/15/2010 | | | |
| 104 | CSA 23380 | 23380 | Courier Solutions, Inc.'s Logo | Various | | | |
| 105 | CSA 23378 | 23379 | CSA Delivery, Inc.'s Logo without US Map | Various | | | |
| 106 | CSA 23377 | 23377 | CSA Delivery, Inc.'s Logo with US Map | Various | | | |
| 107 | CSA 23384 | 23384 | Action Courier & Logistics, LLC's logo | Various | | | |
| 108 | CSA 23381 | 23383 | Houston Area Couriers, Inc.'s logo | Various | | | |
| 109 | CSA 996 | CSA 1011 | Invoices from Courier Solutions, Inc. to CSA | Various | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Delivery, Inc. | | | | |
| 110 | CSA 23353 | 23354 | Copies of checks from Amegy Bank payable to Action Courier & Logistics, LLC | Various | | | |
| 111 | CSA 23355 | 23356 | Copies of checks from Amegy Bank payable to Courier Solutions of America | Various | | | |
| 112 | CSA 23357 | 23358 | Copies of checks from Continental payable to Courier Solutions of America | Various | | | |
| 113 | CSA 23359 | 23360 | Copies of checks from WAMU payable to Action Courier & Logistics, LLC | Various | | | |
| 114 | CSA 23361 | 23364 | Copies of checks from WAMU payable to Courier Solutions of America | Various | | | |
| 115 | CSA 23365 | 23366 | Copies of checks from WAMU payable to Houston Area Couriers, Inc. | Various | | | |
| 116 | CSA 23367 | 23368 | Copies of checks from WAMU payable to North American Presort | Various | | | |
| 117 | CSA 23369 | 23370 | Copies of checks from Wells Fargo payable to Courier Solutions of America | Various | | | |
| 118 | CSA 23371 | 23372 | Copies of checks from Wells Fargo payable to Houston Area Courier, Inc. | Various | | | |
| 119 | CSA 23373 | 23374 | Copies of checks from Courier Solutions, Inc. to Courier Solutions of America | Various | | | |
| 120 | CSA 23375 | 23376 | Copies of checks from Courier Solutions, Inc. to Houston Areae Courier, Inc. | Various | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 121 | CSA 23385 | 23391 | Courier Solutions, Inc.'s certified Public Information Reports | Various | | | |
| 122 | none | none | Deposition excerpts from June Thoreson-Rogers | 7/27/2010 | | | |
| | | | Pages 1-16; 24-28; 31-33; 36-37; 40-43; 46; 56-57; 70-102; 104 | | | | |
| | | | Exhibit 1-6; 11-12 | | | | |
| 123 | none | none | Deposition excerpts from James P. Gorzalski | 8/17/2010 | | | |
| | | | Pages 1-13; 15-17; 19-21; 29; 34-35; 39; 47-48; 63; 66-67; 71-72; | | | | |
| | | | Pages Cont. 76-78; 81; 94; 103-104; 115-117; 119-158; 160-163 | | | | |
| | | | Exhibits 1, 2, 4, 6, 19, 23, 24, 25, 39 | | | | |
| 124 | none | none | Company Summary | Dem-Aid | | | |
| 125 | none | none | Summary of Disputed Customers | Dem-Aid | | | |
| 126 | none | none | Summary of Payments and Receipts Between CSA Delivery, Inc. and Courier Solutions, Inc. | Dem-Aid | | | |
| 127 | none | none | Summary of Invoices from Courier Solutions, Inc. to CSA Delivery, Inc. | Dem-Aid | | | |
| 128 | none | none | Excel Summary of payments to McMeans/SS&DD | Dem-Aid | | | |
| | | | | | | | |
| | Items below are rebuttal to damages and/or impeachment | | | | | | |
| | | | Deposition Jason Loftis | | | | |
| | | | Depo Tony Young | | | | |
| | | | Deposition of Oliver Williams | | | | |
| | | | | | | | |
| | | | Courier Solutions, Inc.'s Electronic Accounting Records (if produced) | | | | |

|  |  |  | Courier Solutions, Inc.'s Financials (if produced) |  |  |  |  |
|--|--|--|--|--|--|--|--|
|  |  |  | Defendants QuickBooks Files |  |  |  |  |

Defendants reserve the right to use any exhibits presented by any other party.

Defendants also reserve the right to use exhibits not listed here for impeachment or rebuttal purposes at the hearing.

Defendants reserve the right to offer impeachment or rebuttal exhibits, to amend this exhibit list, and to present demonstrative aides at trial.

        Respectfully submitted,

        DANIEL J. HOFFMAN & ASSOCIATES

        By:    /s/ *Daniel J. Hoffman*
            Daniel J. Hoffman
            Texas Bar No. 00785968
            Samantha Garbis
            Texas Bar No. 24050637
            314 Sawdust Road, Suite 205
            The Woodlands, Texas 77380
            Telephone:281.367.9550
            Facsimile: 281.367.1944

        and

        SHACKELFORD, MELTON & M<sup>c</sup>KINLEY, LLP

        By:    /s/ *Martha Hardwick Hofmeister*
            Martha Hardwick Hofmeister
            State Bar No. 08981500
            3333 Lee Parkway, Tenth Floor
            Dallas, Texas 75219
            Telephone:214.780.1400
            Facsimile: 214.780.1401
            EMail:    mhardwick@shacklaw.net

            ATTORNEYS FOR DEFENDANTS,

                                            CSA DELIVERY, INC., d/b/a COURIER
                                            SOLUTIONS OF AMERICA, INC.,
                                            WOODROW CLAYTON, SR., WOODROW
                                            CLAYTON, JR., DARLENE CLAYTON,
                                            ACTION COURIER & LOGISTICS, LLC,
                                            NORTH AMERICAN PRESORT, INC., and
                                            HOUSTON AREA COURIERS, INC.

Of Counsel:

Kenneth H. Johnson
Texas Bar No. 10762000
Kenneth H. Johnson & Associates
P.O. Box 630708
Houston, Texas 77263
Telephone:    713.780.7047
Facsimile:     713.780.7671

Richard L. Moseley
Texas Bar No. 14570900
P.O. Box 630708
Houston, Texas 77263
Telephone:    713.780.7047
Facsimile:     713.780.7671

                                            CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Emil Lippe, Jr., Esq.
Law Offices of LIPPE & ASSOCIATES
Plaza of the Americas, South Tower
600 N. Pearl Street, Suite S2460
Dallas, Texas 75203
Attorney for Plaintiff Courier Solutions, Inc.

/s/ *Daniel J. Hoffman*
Daniel J. Hoffman