## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **COURIER SOLUTIONS, INC.,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| | § | |
| **CSA DELIVERY, INC., d/b/a COURIER** | § | |
| **SOLUTIONS OF AMERICA, INC.,** | § | **CIVIL ACTION NO. 3-08CV2254-N** |
| **WOODROW CLAYTON, SR., WOODROW** | § | |
| **CLAYTON, JR., DARLENE CLAYTON,** | § | |
| **ACTION COURIER & LOGISTICS, LLC,** | § | |
| **NORTH AMERICAN PRESORT, INC., and** | § | |
| **HOUSTON AREA COURIERS, INC.,** | § | |
| | § | |
| **Defendants** | § | |

### DEFENDANTS' WITNESS LIST

TO THE HONORABLE DAVID GOODBEY, UNITED STATES DISTRICT JUDGE:

   Defendants, CSA Delivery, Inc. d/b/a Courier Solutions of America, Inc., Woodrow W Clayton, Sr. ("Woody Sr."), Woodrow Clayton, Jr. ("Woody Jr."), and Darlene Clayton ("Darlene"), Action Courier & Logistics, LLC ("ACT"), North American Presort, Inc. ("NAP"), and Houston Area Couriers, Inc. ("HAC") files their witness list for trial, and states the following:

### Witness List

| Witness | Summary of Testimony | Estimated Time |
|---|---|---|
| Woodrow W. Clayton, Sr. | Woodrow W. Clayton, Sr. ("Clayton, Sr.") will testify about Houston Area Courier Inc.'s ("HAC") formation and HAC's courier business before the formation of Courier Solutions, Inc. ("CSI"), about his intent and initial meetings with Tony Young ("Young"), Jason Loftis ("Loftis"), and Oliver Williams ("Williams"), and about the formation of CSI, Courier Solutions of America, Inc., and CSA Delivery, Inc. (collectively "CSA"), and North American Presort, Inc. ("NAP"), about his solicitation | 2 1/2 hours |

| | | |
|---|---|---|
| | of business and customer service activities for the parties and related contracts, about Young, Loftis, and Williams' assistance with setting up courier operations in Dallas, Georgia, Florida, and California, about the common use of the Courier Solutions name and logo, about consulting payments made to Jill McMeans and SS & DD, Inc., about the parties plans and conduct from 2001 through 2008, about the theft of the WAMU check and resulting activities and ramifications, and about Young, Loftis, and Williams alleged ownership or claim to the profits of HAC< CSA, NAP, or Action Courier & Logistics, LLC ("ACT") | |
| Darlene Clayton | Darlene Clayton ("Darlene"), will testify about her involvement in the various family courier businesses over the years, and  her interactions with the owners, about CSA's securing of the WAMU contracts in Georgia, Florida, and California, about the formation of ACT, about the theft of the WAMU check and resulting activities and ramifications, about the decision to terminate CSI's sub contracts with her family's businesses, and about the award of contracts to ACT. | 1 hour |
| Woodrow W. Clayton, Jr. | Woodrow W. Clayton, Jr. ("Clayton, Jr.") will testify about his involvement in the various family courier businesses over the years, his assistance with implementing WAMU contracts in other states, his employment with CSI, and his involvement in CSI's tax returns. | 1 hour |
| James Gorzalski | Excerpts from James Gorzalski's ("Gorzalski") deposition will be read into the record to show WAMU found no justification for CSI's charges that the WAMU contracts belonged to CSI, that the WAMU contracts were awarded based on CSI's minority status, or that anyone bribed a WAMU official in influence the award or maintenance of WAMU contracts. | 1/2 hour |
| Debbie Grajeda | Debbie Grajeda ("Grajeda") will testify with respect to her book keeping, sales, management, and record keeping responsibilities with respect to HAC, CSI, CSA, NAP, and ACT, and her interactions with their owners and employees.  Grajeda will testify CSI sold shirts to CSA, allowed CSA to use its name, and assisted CSA and other Clayton owned entities when asked from time to time for assistance without ever asking for more than reimbursement of out of pocket | 2 1/2 hours |

| | expenses or any share of the profits from such entities, about the theft of the WAMU check and resulting activities and ramifications, about the decision to terminate CSI's sub contracts with the Clayton familys businesses, and about the award of contracts to ACT. | |
|---|---|---|
| Candace Hedum Leach | Candace Hedum Leach ("Leach") will testify as to her activities with regard to set up and management of CSA's operations in Florida and California and her interactions with the owners and employees of HAC, CSI, CSA, NAP, and ACT.. | 1/2 hour |
| Jason Loftis | Loftis will testify his initial meetings with Clayton, Sr., Young, and Williams, about the formation of CSI, Courier Solutions of America, Inc., about his involvement in the solicitation of business and customer service activities for the parties and related contracts, about Young, Loftis, and Williams' assistance with setting up courier operations in Dallas, Georgia, Florida, and California, about the common use of the Courier Solutions name and logo, about the parties plans and conduct from 2001 through 2008, about the theft of the WAMU check and resulting activities and ramifications, and about Young, Loftis, and Williams alleged ownership or claim to the profits of HAC, CSA, NAP, or Action Courier & Logistics, LLC ("ACT").  Loftis will also testify as to CSI's minutes book and corporate records. | 2 Hours |
| June Thoreson-Rogers | Excerpts from June Thoreson-Rogers ("Rogers") deposition will be read into the record to show WAMU found no justification for CSI's charges that anyone bribed a WAMU official in influence the award or maintenance of WAMU contracts. | 1/2 Hour |
| Thomas Roney | Thomas Roney Mr. Roney has been designated as an expert to testify in rebuttal to CSI's claims for damages in the event any are allowed to be presented. | 1 Hour |
| AJ Shepherd | AJ Shepherd ("Shepherd") will testify about his ownership and involvement with HAC and Clayton, Sr. and his interaction with CSI, CSA, NAP, and Act and their owners and employees. | 1/2 Hour |
| Oliver Williams | Williams will testify his initial meetings with Clayton, Sr., Loftis, and Williams, about the formation of CSI, Courier Solutions of America, Inc., about his involvement in the solicitation of business and customer service for the parties and related contracts, about Young, Loftis, and Williams' assistance with setting up courier operations in Dallas, Georgia, | 2 Hours |

| | | |
|---|---|---|
| | Florida, and California, about the common use of the Courier Solutions name and logo, about the parties plans and conduct from 2001 through 2008, about the theft of the WAMU check and resulting activities and ramifications, and about Young, Loftis, and Williams alleged ownership or claim to the profits of HAC, CSA, NAP, or Action Courier & Logistics, LLC ("ACT").  Williams will also testify as to CSI's bookkeeping, financial, and tax information. | |
| Tony Young | Young will testify his initial meetings with Clayton, Sr., Loftis, and Williams, about the formation of CSI, Courier Solutions of America, Inc., about his involvement in the solicitation of business and customer service activities for the parties and related contracts, about Young, Loftis, and Williams' assistance with setting up courier operations in Dallas, Georgia, Florida, and California, about the common use of the Courier Solutions name and logo, about the parties plans and conduct from 2001 through 2008, about the theft of the WAMU check and resulting activities and ramifications, and about Young, Loftis, and Williams alleged ownership or claim to the profits of HAC, CSA, NAP, or Action Courier & Logistics, LLC ("ACT") | 1 Hour |

Defendants reserve the right to call rebuttal or impeachment witnesses, and intends to cross-examine Plaintiff's witnesses to elicit evidence.

Respectfully submitted,

DANIEL J. HOFFMAN & ASSOCIATES

By:___ /s/ *Daniel J. Hoffman*_____
       Daniel J. Hoffman
       Texas Bar No. 00785968
       Samantha Garbis
       Texas Bar No. 24050637
       314 Sawdust Road, Suite 205
       The Woodlands, Texas 77380
       Telephone:281.367.9550
       Facsimile: 281.367.1944

and

SHACKELFORD, MELTON & MᶜKINLEY, LLP

By:    /s/ *Martha Hardwick Hofmeister*
  Martha Hardwick Hofmeister
  State Bar No. 08981500
  3333 Lee Parkway, Tenth Floor
  Dallas, Texas 75219
  Telephone:214.780.1400
  Facsimile: 214.780.1401
  EMail: mhardwick@shacklaw.net

  ATTORNEYS FOR DEFENDANTS,
  CSA DELIVERY, INC., d/b/a COURIER
  SOLUTIONS OF AMERICA, INC.,
  WOODROW CLAYTON, SR., WOODROW
  CLAYTON, JR., DARLENE CLAYTON,
  ACTION COURIER & LOGISTICS, LLC,
  NORTH AMERICAN PRESORT, INC., and
  HOUSTON AREA COURIERS, INC.

Of Counsel:

Kenneth H. Johnson
Texas Bar No. 10762000
Kenneth H. Johnson & Associates
P.O. Box 630708
Houston, Texas 77263
Telephone: 713.780.7047
Facsimile: 713.780.7671

Richard L. Moseley
Texas Bar No. 14570900
P.O. Box 630708
Houston, Texas 77263
Telephone: 713.780.7047
Facsimile: 713.780.7671

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:


Emil Lippe, Jr., Esq.
Law Offices of LIPPE & ASSOCIATES
Plaza of the Americas, South Tower
600 N. Pearl Street, Suite S2460
Dallas, Texas 75203
Attorney for Plaintiff Courier Solutions, Inc.


*/s/ Daniel J. Hoffman*
Daniel J. Hoffman