U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 1 1 2011

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

3:08CV2254-N

Jury Notes

We need a legal definition of
"business disparagement" on page 13.

*[signature]* 3/11/11

A false and injurious statement that discredits
or detracts from the reputation of another's business

*[signature]*