IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COURIER SOLUTIONS INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:08-CV-2254-N |
| | § | |
| CSA DELIVERY, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

The trial for the above-styled case was on March 7, 2011. The Jury found for and awarded damages for lost profits to Plaintiff Courier Solutions Inc. ("CSI") on its claims for unfair competition, breach of fiduciary duty, and tortious interference with contract. By separate Order of this date, the Court has granted in part and denied in part CSI's motion for judgment on the verdict. The Court now renders judgment in accordance with the Jury verdict and its Order.

It is ordered that CSI shall have judgment against Defendant Woodrow Clayton Sr. for $350,000.00 as damages for unfair competition in violation of the Lanham Act, 15 U.S.C. § 1125(a), together with attorneys' fees based on the Court's finding that this is an exceptional case.

It is further ordered that CSI shall have judgment against Defendants CSA Delivery, Inc., Woodrow Clayton Sr., Woodrow Clayton, Jr., Darlene Clayton, Action Courier &

Logistics, L.L.C., North American Presort, Inc., and Houston Area Couriers, Inc., jointly and severally, for $1,060,098.00 as damages for the state law claim of breach of fiduciary duty.

It is further ordered that CSI shall have judgment against Defendant Woodrow Clayton Sr. for $350,000.00 as damages for the state law claim of tortious interference with CSI's contract with Washington Mutual.

It is further ordered that Counter-plaintiff CSA Delivery Inc. shall have judgment against Counter-defendant CSI for $530,624.18 as damages for conversion.

It is further ordered that all amounts awarded as damages will bear interest at 0.2% per annum from the date of judgment until paid.  Court costs are taxed in favor of Courier Solutions Inc. and against Defendants.

All relief not expressly granted is denied.  This is a final judgment.

Signed May 13, 2011.


_____
David C. Godbey
United States District Judge

FINAL JUDGMENT – PAGE 2